ROBERT P. VARIAN (State Bar No. 107459)
rvarian@orrick.com
MELINDA L. HAAG (State Bar No. 132612)
mhaag@orrick.com
AMY M. ROSS (State Bar No. 215692)
aross@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California, 94105-2669
Telephone:     (415) 773-5700
Facsimile:     (415) 773-5759

Attorneys for Defendants
ANDY D. BRYANT, WAYNE A. BUDD, N. ANTHONY
COLES, ALTON F. IRBY III, M. CHRISTINE JACOBS,
MARIE L. KNOWLES, DAVID M. LAWRENCE, EDWARD A.
MUELLER AND JANE E. SHAW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE MCKESSON CORPORATION DERIVATIVE LITIGATION | Case No. 4:17-cv-01850-CW<br><br>**NOTICE OF APPEARANCE OF KEVIN M. ASKEW**<br><br>Judge:    Hon. Claudia Wilken<br><br>Trial Date:    None Set |

1  TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2        PLEASE TAKE NOTICE that Kevin M. Askew of the law firm of Orrick, Herrington &

3  Sutcliffe LLP hereby enters an appearance as counsel for Defendants Andy D. Bryant, Wayne A.

4  Budd, N. Anthony Coles, Alton F. Irby III, M. Christine Jacobs, Marie L. Knowles, David M.

5  Lawrence, Edward A. Mueller, and Jane E. Shaw, and hereby requests that all notices given or

6  required to be given, and all papers filed or served or required to be served in the above-captioned

7  matter, be provided and served upon:

8        Kevin M. Askew
      Orrick, Herrington & Sutcliffe LLP

9        777 S. Figueroa St., Suite 3200
      Los Angeles, CA 90017

10        Telephone: (213) 629-2020
      Facsimile:  (213) 612-2499

11        kaskew@orrick.com

12

13  Dated:  January 17, 2020           Respectfully submitted,

14                       ORRICK, HERRINGTON & SUTCLIFFE LLP

15                                 */s/ Kevin M. Askew*

16                                Kevin M. Askew

17            Attorneys for Defendants Andy D. Bryant, Wayne
          A. Budd, N. Anthony Coles, Alton F. Irby III, M.

18            Christine Jacobs, Marie L. Knowles, David M.
          Lawrence, Edward A. Mueller and Jane E. Shaw

19

20

21

22

23

24

25

26

27

28

1