1  Sean Eskovitz (Bar No. 241877)
2  seskovitz@wilkinsonwalsh.com
   **WILKINSON WALSH + ESKOVITZ LLP**
3  11601 Wilshire Blvd.
   Suite 600
4  Los Angeles, CA 90025
   Tel: (424) 291-9655
5  Fax: (202) 847-4005

6

7              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
8                    **OAKLAND DIVISION**

9

| IN RE MCKESSON CORPORATION DERIVATIVE LITIGATION,<br><br>                  Plaintiff, | Case No. 4:17-cv-01850-CW<br><br>**NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD**<br><br>Hon. Claudia Wilken |
|---|---|

# NOTICE OF WITHDRAWAL

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local R. 11-5(a) and 5-1(c)(2)(D) Sean Eskovitz submits his notice of withdrawal as counsel of record for The Special Litigation Committee Established by the McKesson Corporation Board of Directors. Effective January 21, 2020, Sean Eskovitz will be leaving the firm of Wilkinson Walsh + Eskovitz LLP. The Special Litigation Committee Established by the McKesson Corporation Board of Directors will continue to be represented in this matter by all noticed counsel of the law firm Wilkinson Walsh + Eskovitz LLP.

Dated:   January 21, 2020                                       Respectfully submitted,

By:  /s/ *Sean Eskovitz*
Sean Eskovitz

Attorney for SPECIAL LITIGATION COMMITTEE ESTABLISHED BY THE MCKESSON CORPORATION BOARD OF DIRECTORS