| | |
|---|---|
| 1 | JOHN W. SPIEGEL (State Bar No. 78935) |
|   | john.spiegel@mto.com |
| 2 | MUNGER, TOLLES & OLSON LLP |
|   | 350 South Grand Avenue |
| 3 | Fiftieth Floor |
|   | Los Angeles, California 90071-3426 |
| 4 | Telephone:    (213) 683-9100 |
|   | Facsimile:     (213) 687-3702 |
| 5 | |
|   | ACHYUT J. PHADKE (State Bar No. 261567) |
| 6 | achyut.phadke@mto.com |
|   | TERRA D. LAUGHTON (State Bar No. 321683) |
| 7 | terra.laughton@mto.com |
|   | MUNGER, TOLLES & OLSON LLP |
| 8 | 560 Mission Street |
|   | Twenty-Seventh Floor |
| 9 | San Francisco, California 94105-3426 |
|   | Telephone:    (415) 512-4000 |
| 10 | Facsimile:     (415) 512-4077 |
| 11 | Attorneys for Defendant |
|    | JOHN H. HAMMERGREN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| IN RE MCKESSON CORPORATION DERIVATIVE LITIGATION | Case No. 4:17-cv-01850-CW |
| | **NOTICE OF APPEARANCE** |
| | Judge:   Hon. Claudia Wilken |
| | Trial Date:   None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Terra D. Laughton of Munger, Tolles & Olson LLP hereby appears as counsel of record in this action for Defendant John H. Hammergren. All pleadings and other documents should be served upon this attorney at the following address:

>Terra D. Laughton
>Email: terra.laughton@mto.com
>Munger, Tolles & Olson LLP
>560 Mission Street, Twenty-Seventh Floor
>San Francisco, CA 94105-2907
>Telephone: (415) 512-4000
>Facsimile: (415) 512-4077

43728571.1                                                                                4:17-cv-01850-CW

NOTICE OF APPEARANCE

1
2  DATED: January 22, 2020                MUNGER, TOLLES & OLSON LLP
3
4                                         By:      */s/ Terra D. Laughton*
                                                TERRA D. LAUGHTON
5                                         Attorneys for Defendant JOHN H. HAMMERGREN
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28