UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE MCKESSON CORPORATION DERIVATIVE LITIGATION | Case No. 4:17-cv-01850-CW<br><br>ORDER REGARDING HEARING ON MOTION FOR FINAL APPROVAL OF SETTLEMENT AND MOTION FOR ATTORNEYS' FEES AND COSTS |

A hearing on Plaintiffs' motion for final approval of the settlement agreement and Plaintiffs' motion for attorneys' fees and costs is scheduled for April 21, 2020, at 2:30 p.m.  This hearing will be held by teleconference.  As of the date of this order, no objections have been received; the deadline for submitting objections was April 1, 2020.  See Docket No. 219 at 7.

The attorneys who will state an appearance for each party shall email Courtroom Deputy Aris Garcia no later than April 17, 2020, at cwcrd@cand.uscourts.gov, and shall provide their names and the name of the attorney who will be speaking on behalf of the party.  Only one person may speak on behalf of each party.

1

Any member of the public, including the press, may dial in to the teleconference and listen to the hearing free of charge. They must mute their phones for the duration of the hearing. The non-speaking attorneys shall mute their phones during the hearing. The Court will call on each speaking attorney in turn on each point in issue, and the speakers shall identify themselves by name before speaking. Speakerphones should not be used.

Any person wishing to listen to the hearing may contact the Courtroom Deputy at the email address above to obtain the teleconference dial-in information. If an attorney for a party is unable to access the teleconference, he or she shall email the Courtroom Deputy at the above email address.

The parties shall post on the website for the settlement as soon as possible a copy of this order and a statement that the hearing will be held by teleconference.

Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

IT IS SO ORDERED.

Dated: April 10, 2020

CLAUDIA WILKEN
United States District Judge